UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,   CR16-40109

          Plaintiff,   FACTUAL BASIS STATEMENT

vs.

ANTHONY VINCENT SOZZI,

          Defendant.

---

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Anthony Vincent Sozzi.

On August 3, 2016, I knowingly had possession of a firearm described as a Smith & Wesson, Model 59, 9mm semi-automatic pistol bearing serial number A381795. The firearm was designed to expel a projectile by the action of an explosive. It was loaded with eleven rounds of ammunition in the magazine and one round in the chamber. I was carrying the firearm in the lower pocket of the cargo-style pants I was wearing at the time. The firearm was operable and included the frame and receiver while I had it in my possession.

At the same time I was in possession of the firearm, I also knowingly possessed several items associated with my drug use.

I knew then, and I know now, that I am prohibited from possessing any firearms because I have previously been convicted of one or more crimes punishable by imprisonment exceeding one year.

I knew then, and I know now, that I am prohibited from possessing any firearms because I am an illegal user of controlled substances.

I know that the firearm was manufactured at a facility outside of South Dakota and, thus, had traveled in interstate commerce before I possessed it.

My actions were in violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3), and 924(a)(2).

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

[2]

RANDOLPH J. SEILER
United States Attorney

3.30.17
————————————————
Date

John E. Haak
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2352
Facsimile: (605)330-4410
E-Mail: john.haak@usdoj.gov

3-27-17
————————————————
Date

Anthony Vincent Sozzi
Defendant

3/30/17
————————————————
Date

Ryan J. Kolbeck
Attorney for Defendant

[3]